HELEN L. NORTH, Respondent, *v.* WILLARD T. NORTH, Appellant.

Submitted June 9, 1941; decided June 19, 1941.

*Frank S. Nicholson* for motion.

*Glenn L. Buck* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.